IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RICARDO J. LALLAVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-3051 |
| | ) | |
| DAVID BIERMANN and | ) | |
| DARRELL SANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' REPLY TO PLAINTIFF'S
MEMORANDUM OF LAW IN OPPOSITION TO SUMMARY JUDGMENT**

NOW COME Defendants, DAVID BIERMANN and DARRELL SANDERS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby submit this reply to Plaintiff's Memorandum of Law in Opposition to Summary Judgment.

**I.  Reply to Additional Material Facts**

1.      The facts alleged in paragraph 1 of Plaintiff's statement of facts are immaterial, but in dispute.  (Exhibit 1, page 27 and 29, Exhibit 2).  These facts are immaterial because they do not show Plaintiff has a cognizable property interest entitled to due process protection.  Alternatively, if this court determines that Plaintiff has identified a property interest, the facts alleged in paragraph 1 do not establish that Plaintiff was denied due process because Defendants did not make the final decision, and Plaintiff was provided with notice and an opportunity to be heard prior to any discipline.  Finally, these additional facts do not establish that Defendants are not entitled to qualified immunity.

1

2. The fact alleged in paragraph 2 of Plaintiff's statement of facts are immaterial and undisputed. The facts are immaterial for the same reasons set forth in paragraph 1 above.

3. The facts alleged in Paragraph 3 of Plaintiff's statement of facts are immaterial and undisputed. The facts are immaterial for the same reasons set forth in paragraph 1 above.

4. The facts alleged in Paragraph 4 of Plaintiff's statement of facts are immaterial and undisputed. The facts are immaterial for the same reasons set forth in paragraph 1 above.

## II. Argument

Plaintiff argues that he had a right to a pre-disciplinary hearing. However, the right to a hearing is not a protectable interest. "Procedural protections or the lack thereof do not determine whether a property right exists." *Shango v. Jurich*, 681 F.2d 1091, 1100 (7th Cir. 1982). Plaintiff identifies procedural protections when he relies on the Illinois Administrative Code and the Collective Bargaining Agreement.

Further, in the alternative, if this Court finds that Plaintiff has a protectable property interest, Defendants are entitled to summary judgment because Plaintiff can only speculate as to Sander's state of mind when he reviewed the information and evidence regarding the charges. Speculation is not sufficient to overcome summary judgment. *Borkey v. Maytag. Corp.*, 248 F.3d 691, 695 (7th Cir. 2001). In his affidavit, attached as Exhibit 2, Sanders stated he made an independent evaluation and decided on March 20, 2007 that he concurred in the recommended discipline. Further, David Biermann stated that Sanders initially thought the discipline was harsh. (Exhibit 1, Page 29). The facts show Defendants

were willing to consider Plaintiff's response to the charges or any information he presented at the hearing. Any tentative notions Defendants may have had regarding discipline do constitute a violation of any right of due process, so long as the decisionmakers are open to other views *Ryan v. DCFS*, 185 F.3d 751, 762 (7th Cir. 1999).

WHEREFORE, for the foregoing reasons, and for the reasons stated in the Defendants' motion of summary judgment, Defendants respectfully request that this Court enter summary judgment in their favor.

> Respectfully submitted,
>
> DAVID BIERMANN and DARRELL SANDERS,
> > Defendants,
>
> LISA MADIGAN, Attorney General,
> State of Illinois,
> > Attorney for Defendants,
>
> s/Joanne M. Olson
> Joanne M. Olson, #6293500
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL   62706
> Phone: (217) 782-1841
> Fax: (217) 524-5091
> E-Mail: jolson@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| RICARDO J. LALLAVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 09-3051 |
| | ) |
| DAVID BIERMANN and | ) |
| DARRELL SANDERS, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2010, I electronically filed Defendants' Reply to Plaintiff's Memorandum of Law in Opposition to Summary Judgment, with the Clerk of the Court using the CM/ECF system, which will send electronic notification of same to the following participant:

        John A. Baker
        johnbakerlaw@sbcglobal.net

        Respectfully submitted,

        s/Joanne M. Olson
        Joanne M. Olson, #6293500
        Assistant Attorney General
        500 South Second Street
        Springfield, IL  62706
        Phone: (217) 782-1841
        Fax: (217) 524-5091
        E-Mail: jolson@atg.state.il.us