E-FILED
Friday, 30 December, 2011  03:53:24 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 30, 2011

| No.: 10-3786 | RICARDO J. LALLAVE, Plaintiff - Appellant |
|---|---|
| | v. |
| | DAVID BIERMANN, et al., Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:09-cv-03051-MPM-CHE |
| Central District of Illinois |
| District Judge Michael P. McCuskey |

    Upon consideration of the **JOINT MOTION TO DISMISS**, filed by counsel for the parties, on December 29, 2011,

    **IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

**CERTIFIED COPY**

A True Copy
Teste:

_signature_

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit